# GX B. Partial List of Excel - Pinnacle Closings (March 2016 to June 2021) REDACTED

| Applicant | SW Bates Number | Bank/Lender | Estimated Closing Date | Loan Amount |
|---|---|---|---|---|
| REDACTED | DOJ-00094522 | Bank 7 | 1/7/2016 | $315,000 |
| REDACTED | DOJ-00106798 | Bank 5 - HELOC | 3/22/2016 | $170,000 |
| REDACTED | DOJ-00111640 DOJ-00112661 | Bank 4 - HELOC | 5/17/2016 | $150,000 |
| REDACTED | DOJ-00114864 | Bank 2 - HELOC | 5/24/2016 | $470,000 |
| REDACTED | DOJ-00116973 | Bank 2 - HELOC | 6/16/2016 | $300,000 |
| REDACTED | DOJ-00119088 | Bank 2 - HELOC | 6/30/2016 | $400,000 |
| REDACTED | DOJ-00120227 | Bank 2 - HELOC | 7/5/2016 | $475,000 |
| REDACTED | DOJ-00120453 | Bank 6 | 7/8/2016 | $500,000 |
| REDACTED | DOJ-00126178 DOJ-00126610 | Bank 2 - HELOC | 8/10/2016 | $400,000 |
| REDACTED | DOJ-00127082 | Bank 2 - HELOC | 8/15/2016 | $500,000 |
| REDACTED | DOJ-00127206 DOJ-00127233 | Bank 2 - HELOC | 8/16/2016 | $500,000 |
| REDACTED | DOJ-00127407 | Bank 2 - HELOC | 8/16/2016 | $295,000 (not Excel) |
| REDACTED | DOJ-00127118 | Bank 1 - HELOC | 8/17/2016 | $300,000 |
| REDACTED | DOJ-00129583 | Bank 2 - HELOC | 8/31/2016 | $400,000 |
| REDACTED | DOJ-00129839 | Bank 2 - HELOC | 9/1/2016 | $250,000 |
| REDACTED | DOJ-00129581 | Bank 6 - HELOC | 9/1/2016 | $127,000 |
| REDACTED | DOJ-00130497 | Bank 2 - HELOC | 9/6/2016 | $200,000 |
| REDACTED | DOJ-00130514 DOJ-00131207 | Bank 1 - HELOC | 9/8/2016 | $400,000 |
| REDACTED | DOJ-00131175 | Bank 1 - HELOC | 9/12/2016 | $125,000 |
| REDACTED | DOJ-00053637 | Bank 1 - HELOC | 9/23/2016 | $400,000 |
| REDACTED | DOJ-00053699 | Bank 2 - HELOC | 9/28/2016 | $440,000 |
| REDACTED | DOJ-00053706 | Bank 8 - HELOC | 9/29/2016 | $300,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00055986 | Bank 2 - HELOC | 10/7/2016 | |
| REDACTED | DOJ-00056016 | Bank 2 - HELOC | 10/8/2016 | $475,000 |
| REDACTED | DOJ-00054431 | Bank 2 - HELOC | 10/15/2016 | $500,000 |
| REDACTED | DOJ-00056961 | Bank 1 - HELOC | 10/18/2016 | $400,000 |
| REDACTED | DOJ-00057118 | Bank 2 - HELOC | 10/18/2016 | $84,800 |
| REDACTED | DOJ-00056961 | Bank 1 - HELOC | 10/18/2016 | $400,000 |
| REDACTED | DOJ-00058006 | Bank 2 - HELOC | 10/19/2016 | $500,000 |
| REDACTED | DOJ-00057998 | Bank 2 - HELOC | 10/20/2016 | $187,066 |
| REDACTED | DOJ-00058330 | Bank 6 - HELOC | 10/21/2016 | $461,822.64 |
| REDACTED | DOJ-00058613 | Bank 2 - HELOC | 10/25/2016 | $350,000 |
| REDACTED | DOJ-00058364 | Bank 1 - HELOC | 10/27/2016 | $450,000 |
| REDACTED | DOJ-00059260 | Bank 2 - HELOC | 10/28/2016 | $500,000 |
| REDACTED | DOJ-00059563 | Bank 2 - HELOC | 11/1/2016 | $500,000 |
| REDACTED | DOJ-00059417 | Bank 2 - HELOC | 11/2/2016 | $150,000 |
| REDACTED | DOJ-00060931 | Bank 2 - HELOC | 11/8/2016 | $470,000 |
| REDACTED | DOJ-00061559 | Bank 2 - HELOC | 11/10/2016 | $40,165 |
| REDACTED | **DOJ-00061950** DOJ-00054781 | Bank 2 - HELOC | 11/12/2016 | $500,000 |
| REDACTED | DOJ-00123933 DOJ-00159815 DOJ-00159816 EDNY-00001213 | Bank 1 - HELOC | 11/17/2016 | $500,000 |
| REDACTED | DOJ-00062215 | Bank 6 - HELOC | 11/23/2016 | $317,000 |
| REDACTED | DOJ-00062214 DOJ-00064691 | Bank 1 - HELOC | 11/23/2016 | $450,000 |
| REDACTED | DOJ-00064796 | Bank 5 - HELOC | 11/30/2016 | $235,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00066167 | Bank 2 - HELOC | 12/8/2016 | $469,915 |
| REDACTED | DOJ-00066444 | Bank 2 - HELOC | 12/9/2016 | $489,624 |
| REDACTED | DOJ-00066648 | Bank 1 - HELOC | 12/19/2016 | $500,000 |
| REDACTED | DOJ-00067719 | Bank 2 - HELOC | 12/22/2016 | $276,000 |
| REDACTED | DOJ-001Hya152 DOJ-00191507 DOJ-00191637 | Bank 2 | 1/6/2017 | $400,000 |
| REDACTED | DOJ-00069361 | Bank 2 - HELOC | 1/6/2017 | $293,116 |
| REDACTED | DOJ-00069781 | Bank 2 - HELOC | 1/9/2017 | $500,000 |
| REDACTED | EDNY_0101108 | Bank 2 - HELOC | 1/9/2017 | $206,509 |
| REDACTED | DOJ-00070446 | Bank 1 - HELOC | 1/13/2017 | $400,000 |
| REDACTED | DOJ-00116152 DOJ-00191507 DOJ-00191637 | Bank 1 | 1/13/2017 | $300,000 |
| REDACTED | DOJ-00068733 DOJ-00072322 | Bank 1 - HELOC | 1/20/2017 | $500,000 (CANCELLED) |
| REDACTED | DOJ-00070946 | Bank 1 - HELOC | 1/23/2017 | $366,400 |
| REDACTED | DOJ-00072759 DOJ-00073639 | Bank 2 - HELOC | 2/1/2017 | $500,000 |
| REDACTED | DOJ-00059954 DOJ-00072529 | Bank 1 - HELOC | 1/30/2017 | $468,700 |
| REDACTED | DOJ-00075362 | Bank 2 - HELOC | 2/20/2017 | $500,000 |
| REDACTED | **DOJ-00006717** DOJ-00006894 | Bank 2 HELOC | 3/3/2017 | $400,000 |
| REDACTED | **DOJ-00006717** DOJ-00006894 | Bank 1 HELOC | 3/3/2017 | $300,000 |
| REDACTED | DOJ-00084747 DOJ-00084840 | Bank 2 - HELOC | 4/17/2017 | $500,000 |
| REDACTED | DOJ-00085854 | Bank 2 - HELOC | 4/21/2017 | $492,942 |
| REDACTED | DOJ-00086140 DOJ-00086640 | Bank 1 - HELOC | 4/26/2017 | $500,000 |
| REDACTED | DOJ-00114152 DOJ-00191507 DOJ-00191637 | Bank 2 | 5/5/2017 | $400,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00114152 DOJ-00191507 DOJ-00191637 | Bank 1 | 5/11/2017 | $500,000 |
| REDACTED | DOJ-00088643 | Bank 1 - HELOC | 5/12/2017 | $400,000 |
| REDACTED | DOJ-00091871 | Bank 2 HELOC | **5/19/2017** | $500,000 |
| REDACTED | DOJ-00092232 | Bank 2 - HELOC | 5/22/2017 | $250,000 |
| REDACTED | DOJ-00092840 | Bank 2 - HELOC | 5/23/2017 | $200,000 |
| REDACTED | DOJ-00091871 | Bank 1 HELOC | **5/25/2017** | $500,000 |
| REDACTED | DOJ-00133152 DOJ-00191507 DOJ-00191637 | Bank 1 - HELOC | 5/26/2017 | $300,000 |
| REDACTED | DOJ-00133152 DOJ-00191507 DOJ-00191637 | Bank 2 | 5/30/2017 | $500,000 |
| REDACTED | DOJ-00093753 | Bank 2 - HELOC | 5/31/2017 | $300,000 |
| REDACTED | DOJ-00241310 | Bank 5 - HELOC | 6/5/2017 | $300,000 |
| REDACTED | DOJ-00242627 | Bank 2 - HELOC | 6/12/2017 | $473,785 |
| REDACTED | DOJ-00243307 | Bank 2 - HELOC | 6/15/2017 | $500,000 |
| REDACTED | DOJ-00243363 | Bank 2 - HELOC | 6/16/2017 | $250,000 |
| REDACTED | DOJ-00243399 | Bank 2 - HELOC | 6/19/2017 | $500,000 |
| REDACTED | DOJ-00243662 | Bank 2 - HELOC | 6/21/2017 | $900,000 |
| REDACTED | DOJ-00245033 | Bank 5 - HELOC | 6/21/2017 | $290,000 |
| REDACTED | DOJ-00243391 | Bank 5 - HELOC | 6/23/2017 | $273,000 |
| REDACTED | DOJ-00247036 | Bank 2 - HELOC | 6/28/2017 | $359,000 |
| REDACTED | DOJ-00247120 | Bank 2 - HELOC | 7/3/2017 | $500,000 |
| REDACTED | DOJ-00237707 | Bank 1 - HELOC | 7/5/2017 | $186,600 |
| REDACTED | DOJ-00249704 | Bank 1 - HELOC | 7/11/2017 | $57,000 |
| REDACTED | DOJ-00248767 | Bank 2 - HELOC | 7/15/2017 | $135,500 |
| REDACTED | DOJ-00252185 | Bank 5 - HELOC | 7/20/2017 | $370,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00252168 | Bank 2 - HELOC | 7/21/2017 | $900,000 |
| REDACTED | DOJ-00251678 | Bank 2 - HELOC | 7/21/2017 | $500,000 |
| REDACTED | DOJ-00252816 | Bank 2 - HELOC | 7/24/2017 | $150,000 |
| REDACTED | DOJ-00252711 | Bank 6 - HELOC | 7/26/2017 | $200,000 |
| REDACTED | DOJ-00254680 | Bank 2 - HELOC | 7/31/2017 | $304,000 |
| REDACTED | DOJ-00256713 DOJ-00133953 | Bank 2 - HELOC | 8/2/2017 | $500,000 |
| REDACTED | DOJ-00257367 | Bank 2 - HELOC | 8/3/2017 | $420,000 |
| REDACTED | DOJ-00257873 | Bank 1 - HELOC | 8/10/2017 | $450,000 |
| REDACTED | DOJ-00260580 | Bank 2 - HELOC | 8/20/2017 | $168,028 |
| REDACTED | DOJ-00261416 DOJ-00262304 | Bank 1 - HELOC | 8/22/2017 | $400,000 - CANCELLED? |
| REDACTED | DOJ-00262350 | Bank 2 - HELOC | 8/24/2017 | $179,811 |
| REDACTED | DOJ-00262785 | Bank 2 - HELOC | 8/28/2017 | $184,500 |
| REDACTED | DOJ-00263169 | Bank 2 - HELOC | 8/28/2017 | $254,243 |
| REDACTED | DOJ-00262791 | Bank 2 - HELOC | 8/28/2017 | $500,000 |
| REDACTED | DOJ-00263245 | Bank 2- HELOC | 8/29/2017 | $328,000 |
| REDACTED | DOJ-00263193 | Bank 2 - HELOC | 8/29/2017 | $500,000 |
| REDACTED | DOJ-00263727; DOJ-00263575 | Bank 2 - HELOC | 9/1/2017 | $440,000 |
| REDACTED | DOJ-00263779 | Bank 2 - HELOC | 9/5/2017 | $500,000 |
| REDACTED | DOJ-00263713 | Bank 2 - HELOC | 9/9/2017 | $500,000 |
| REDACTED | DOJ-00264319 | Bank 2 - HELOC | 9/14/2017 | $500,000 |
| REDACTED | DOJ-00032104; DOJ-00032112 | Bank 5 - HELOC | 9/15/2017 | $41,000 |
| REDACTED | DOJ-00032099 | Bank 2 - HELOC | 9/15/2017 | $500,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00032583 | Bank 1 - HELOC | 9/21/2017 | $300,000 |
| REDACTED | DOJ-00034914 | Bank 2 - HELOC | 9/22/2017 | $500,000 |
| REDACTED | DOJ-00032039 DOJ-00152152 DOJ-00191507 DOJ-00191637 | Bank 1 - HELOC | 9/25/2017 | $100,000 |
| REDACTED | DOJ-00035137 | Bank 2 - HELOC | 9/26/2017 | $325,300 |
| REDACTED | DOJ-00034922 | Bank 2 - HELOC | 9/28/2017 | $450,000 |
| REDACTED | DOJ-00037775 | Bank 5 - HELOC | 10/12/2017 | $200,000 |
| REDACTED | DOJ-00037730 | Bank 5 - HELOC | 10/12/2017 | $50,000 |
| REDACTED | DOJ-00038586 | Bank 2 - HELOC | 10/13/2017 | $500,000 |
| REDACTED | DOJ-000038456 DOJ-000038454 | Bank 2 - HELOC | 10/13/2017 | $500,000 |
| REDACTED | DOJ-00038658 | Bank 2 - HELOC | 10/14/2017 | $500,000 |
| REDACTED | DOJ-00039472 | Bank 2 - HELOC | 10/24/2017 | $500,000 |
| REDACTED | DOJ-00041641 DOJ-00041714 | Bank 1 - HELOC | 10/31/2017 | $500,000 |
| REDACTED | DOJ-00041684 | Bank 2 - HELOC | 11/1/2017 | $349,000 |
| REDACTED | DOJ-00041819 DOJ-00042364 | Bank 2 - HELOC | 11/3/2017 | $200,000 |
| REDACTED | DOJ-00043578 | Bank 2 - HELOC | 11/9/2017 | $300,000 |
| REDACTED | DOJ-00045252 | Bank 2 - HELOC | 11/17/2017 | $500,000 |
| REDACTED | DOJ-00045343; DOJ-00237829 | Bank 1 - HELOC | 11/21/2017 | $300,000 |
| REDACTED | DOJ-00045485 DOJ-00045496 | Bank 1 | 11/22/2017 | $400,000 |
| REDACTED | DOJ-00045937 | Bank 2 - HELOC | 11/22/2017 | $500,000 |
| REDACTED | DOJ-00046955 | Bank 5 - HELOC | 11/30/2017 | $150,000 |
| REDACTED | DOJ-00046985 | Bank 2 - HELOC | 12/1/2017 | $46,501 |
| REDACTED | DOJ-00047233 | Bank 2 - HELOC | 12/4/2017 | $350,000 |
| REDACTED | DOJ-00047062 | Bank 5 - HELOC | 12/5/2017 | $301,384.72 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00046968 | Bank 1 - HELOC | 12/6/2017 | $250,000 |
| REDACTED | DOJ-00049859 | Bank 2 - HELOC | 12/11/2017 | $278,900 |
| REDACTED | DOJ-00050242; DOJ-00050770 | Bank 6 - HELOC | 12/13/2017 | $450,000 |
| REDACTED | DOJ-00052623; DOJ-00052888 | Bank 3 - HELOC | 12/21/2017 | $220,000 |
| REDACTED | DOJ-00052627 | Bank 1 - HELOC | 12/26/2017 | $250,000 |
| REDACTED | DOJ-00203813 | Bank 3 - HELOC | 1/9/2018 | $170,000 |
| REDACTED | DOJ-00203787 | Bank 3 - HELOC | 1/10/2018 | $486,200 |
| REDACTED | DOJ-00204109 | Bank 3 - HELOC | 1/12/2018 | $500,000 |
| REDACTED | DOJ-00204708 | Bank 3 - HELOC | 1/17/2018 | $300,000 |
| REDACTED | DOJ-00204984 | Bank 2 - HELOC | 1/18/2018 | $840,000 |
| REDACTED | DOJ-00205404 | Bank 3 - HELOC | 1/24/2018 | $500,000 |
| REDACTED | DOJ-00204748 DOJ-00204844 | Bank 2 - HELOC | 1/26/2018 | $400,000 |
| REDACTED | DOJ-00205530 DOJ-00207896 | Bank 2 - HELOC | 2/2/2018 | $900,000 |
| REDACTED | DOJ-00207878 | Bank 3 - HELOC | 2/2/2018 | $360,000 |
| REDACTED | DOJ-001149152 DOJ-00191507 DOJ-00191637 | Bank 2 | 2/7/2018 | $500,000 |
| REDACTED | DOJ-00209102; DOJ-00209928 | Bank 3 - HELOC | 2/9/2018 | $500,000 |
| REDACTED | DOJ-00209961 | Bank 1 - HELOC (not Excel, MK Group) | 2/12/2018 | $466,600 |
| REDACTED | DOJ-00211180 | Bank 3 - HELOC | 2/16/2018 | $391,600 |
| REDACTED | DOJ-00212093 | Bank 3 - HELOC | 2/22/2018 | $500,000 |
| REDACTED | DOJ-00212732 | Bank 5 - HELOC | 2/22/2018 | $450,000 |
| REDACTED | DOJ-00211785 | Bank 1 - HELOC | 2/22/2018 | $250,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00212633 | Bank 3 - HELOC | 2/23/2018 | $850,000 |
| REDACTED | DOJ-00213093 | Bank 3 - HELOC | 2/26/2018 | $500,000 |
| REDACTED | DOJ-00214443 | Bank 3 - HELOC | 3/1/2018 | $500,000 |
| REDACTED | DOJ-00214899 | Bank 2 - HELOC | 3/2/2018 | $326,120 |
| REDACTED | DOJ-00215188 | Bank 6 - HELOC | 3/7/2018 | $300,000 |
| REDACTED | DOJ-00214419; DOJ-00214435 | Bank 3 - HELOC | 3/8/2018 | $750,000 |
| REDACTED | DOJ-00216034 | Bank 1 - HELOC | 3/8/2018 | $300,000 |
| REDACTED | DOJ-00215658 | Bank 3 - HELOC | 3/9/2018 | $300,000 |
| REDACTED | DOJ-00216264 | Bank 2 - HELOC | 3/13/2018 | $500,000 |
| REDACTED | DOJ-00218420 | Bank 2 - HELOC | 3/19/2018 | $500,000 |
| REDACTED | DOJ-00216707 | Bank 3s Bank | 3/20/2018 | $350,000 |
| REDACTED | DOJ-00219222 DOJ-00219227 | Bank 1 - HELOC | 3/21/2018 | $379,400 |
| REDACTED | DOJ-00219250; DOJ-00219504 | Bank 3 - HELOC | 3/22/2018 | $950,000 |
| REDACTED | DOJ-00219253 | Bank 2 - HELOC | 3/23/2018 | $500,000 |
| REDACTED | DOJ-00217692 | Bank 1 - HELOC | 3/26/2018 | $200,000 |
| REDACTED | DOJ-00220496 | Bank 2 - HELOC | 3/30/2018 | $400,000 |
| REDACTED | DOJ-00169140 | Bank 1 - HELOC | 4/3/2018 | $200,000 |
| REDACTED | DOJ-00221560 | Bank 2 - HELOC | 4/4/2018 | $880,000 |
| REDACTED | DOJ-00221685 | Bank 2 - HELOC | 4/4/2018 | $300,000 |
| REDACTED | DOJ-00221869 | Bank 5 - HELOC | 4/9/2018 | $400,000 |
| REDACTED | DOJ-00223151 | Bank 5 - HELOC | 4/13/2018 | $200,000 |
| REDACTED | DOJ-00223971 | Bank 2 HELOC #2 | 4/19/2018 | $500,000 |
| REDACTED | DOJ-00161152 DOJ-00191507 DOJ-00191637 | Bank 1 | 4/26/2018 | $500,000 |
| REDACTED | DOJ-00225591 | Bank 1 - HELOC | 4/27/2018 | $450,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00227303 | Bank 2 - HELOC | 5/2/2018 | $300,000 |
| REDACTED | DOJ-00226910 | Bank 2 - HELOC | 5/3/2018 | $255,500 |
| REDACTED | DOJ-00225582 | Bank 5 - HELOC | 5/7/2018 | $250,000 |
| | DOJ-00227707; DOJ-00227563 | Bank 2 - HELOC | 5/7/2018 | $250,000 |
| REDACTED | DOJ-00228273 | Bank 5 - HELOC # 1 | 5/8/2018 | $100,000 |
| REDACTED | DOJ-00230762 | Bank 2 - HELOC | 5/25/2018 | $500,000 |
| REDACTED | DOJ-00231050 | Bank 2 - HELOC | 5/25/2018 | $500,000 |
| REDACTED | DOJ-00231817 | Bank 2 - HELOC | 6/1/2018 | $500,000 |
| REDACTED | DOJ-00232446 | Bank 2 - HELOC | 6/4/2018 | $300,000 |
| REDACTED | DOJ-00231143; DOJ-00231209 | Bank 1 - HELOC | 6/7/2018 | $331,500 |
| REDACTED | DOJ-00233150 | Bank 2 - HELOC (MK Group) | 6/7/2018 | $500,000 |
| REDACTED | DOJ-00232700 | Bank 2 - HELOC | 6/8/2018 | $500,000 |
| REDACTED | DOJ-00233171 | Bank 1 - HELOC | 6/12/2018 | $500,000 |
| REDACTED | DOJ-00233116 | Bank 2 - HELOC | 6/14/2018 | $300,000 |
| REDACTED | DOJ-00234002 | Bank 1 - HELOC | 6/14/2018 | $500,000 |
| REDACTED | DOJ-00234628; DOJ-00235297 | Bank 5 - HELOC | 6/15/2018 | $250,000 |
| REDACTED | DOJ-00235199 | Bank 2 - HELOC | 6/18/2018 | $500,000 |
| REDACTED | DOJ-00235680 | Bank 2 - HELOC | 6/20/2018 | $191,250 |
| REDACTED | DOJ-00235075; DOJ-00236272 | Bank 2 - HELOC | 6/21/2018 | $500,000 |
| REDACTED | DOJ-00236215 | Bank 1 - HELOC | 6/25/2018 | $500,000 |
| REDACTED | DOJ-00236323; DOJ-00237052 | Bank 2 - HELOC | 6/25/2018 | $400,000 |
| REDACTED | DOJ-00237645 | Bank 5 HELOC | 7/6/2018 | $500,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00239655 | Bank 2 - HELOC | 7/16/2018 | $230,973 |
| REDACTED | DOJ-0015056 | Bank 6 - HELOC | 7/18/2018 | $370,000 |
| REDACTED | DOJ-00239830 | Bank 5 - HELOC | 7/18/2018 | $300,000 |
| REDACTED | DOJ-00240339 | Bank 2 - HELOC | 7/20/2018 | $322,591 |
| REDACTED | DOJ-00241154 | Bank 2 - HELOC | 7/25/2018 | $500,000 |
| REDACTED | DOJ-00166988 | Bank 5 - HELOC | 7/31/2018 | $225,432 |
| REDACTED | DOJ-00167331 | Bank 2 - HELOC | 7/31/2018 | $81,983.26 |
| REDACTED | DOJ-00166708 | Bank 5 - HELOC | 7/31/2018 | $500,000 |
| REDACTED | DOJ-00172767 DOJ-00173533 | Bank 5 - HELOC | 9/6/2018 | $210,000 |
| REDACTED | DOJ-00173428 | Bank 5 HELOC | 9/10/2018 | $500,000 |
| REDACTED | DOJ-001Mi152 DOJ-00191507 DOJ-00191637 | Bank 2 | 9/18/2018 | $500,000 |
| REDACTED | DOJ-00176431; DOJ00177913 | Bank 5 - HELOC | 9/21/2018 | $450,000 |
| REDACTED | DOJ-00180190 | Bank 5 - HELOC # 2 | 10/4/2018 | $200,000 |
| REDACTED | DOJ-00181160 | Bank 6 Bank - HELOC | 10/5/2018 | $430,000 |
| REDACTED | DOJ-00181448 | Bank 2 - HELOC | 10/10/2018 | $400,000 |
| REDACTED | DOJ-00181999 | Bank 2 - HELOC | 10/12/2018 | $438,625 |
| REDACTED | DOJ-00182225 | Bank 6 - HELOC | 10/12/2018 | $200,000 |
| REDACTED | DOJ-00182279 | Bank 2 - HELOC | 10/16/2018 | $350,000 |
| REDACTED | DOJ-00185204; DOJ-00185783 | Bank 5 - HELOC | 10/29/2018 | $200,000 |
| REDACTED | DOJ-00186401 | Bank 2 - HELOC | 11/2/2018 | $500,000 |
| REDACTED | DOJ-00185828; DOJ-00186780 | Bank 5 - HELOC | 11/12/2018 | $350,00 |
| REDACTED | DOJ-00188680; DOJ-00188342 | Bank 6 Bank - HELOC | 11/16/2018 | $435,000 |
| REDACTED | DOJ-00188847 | Bank 2 - HELOC | 11/20/2018 | $390,000 |
| REDACTED | DOJ-00189514 | Bank 2 - HELOC | 12/3/2018 | $400,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00189748 | Bank 5 - HELOC | 12/4/2018 | $250,000 |
| REDACTED | DOJ-00190196 | Bank 2 - HELOC | 12/6/2018 | $450,000 |
| REDACTED | DOJ-00191070; DOJ-00191146 | Bank 6 - HELOC | 12/17/2018 | $500,000 |
| REDACTED | DOJ-00190418 DOJ-00191378 | Bank 5 - HELOC | 12/17/2018 | $300,000 |
| REDACTED | DOJ-00170152 DOJ-00191507 DOJ-00191637 | Bank 2 - HELOC | 12/18/2018 | $294,598 |
| REDACTED | DOJ-001I U152 DOJ-00191507 DOJ-00191637 | Bank 2 - HELOC | 12/21/2018 | $170,998 |
| REDACTED | DOJ-00193510 | Bank 2 - HELOC | 1/11/2019 | $450,000 |
| REDACTED | DOJ-00194252 | Bank 2 - HELOC | 1/24/2019 | $500,000 |
| REDACTED | DOJ-00196474 | Bank 2 - HELOC | 1/31/2019 | $250,000 |
| REDACTED | DOJ-00196032 | Bank 2 - HELOC | 2/1/2019 | $130,000 |
| REDACTED | DOJ-00196651 | Bank 2 - HELOC | 2/1/2019 | $340,000 |
| REDACTED | DOJ-00027786 | Bank 2 - HELOC | 2/2/2019 | $150,000 |
| REDACTED | DOJ-00198159 | Bank 6 - HELOC | 2/12/2019 | $600,000 |
| REDACTED | DOJ-00198704 | Bank 2 - HELOC | 2/14/2019 | $271,500 |
| REDACTED | DOJ-00198760 | Bank 6 - HELOC | 2/15/2019 | $385,000 |
| REDACTED | DOJ-00198680 | Bank 2 - HELOC | 2/15/2019 | $500,000 |
| REDACTED | DOJ-00198760; DOJ-00199072 | Bank 3 - HELOC | 2/19/2019 | $195,000 |
| REDACTED | DOJ-00199131 | Bank 2 - HELOC | 2/21/2019 | $500,000 |
| REDACTED | DOJ-00199341 DOJ-00199358 | Bank 2 - HELOC | 2/22/2019 | $500,000 |
| REDACTED | DOJ-00370276 | Bank 2 - HELOC | 4/2/2019 | $277,325 |
| REDACTED | DOJ-00370924 | Bank 2 - HELOC | 4/5/2019 | $300,000 |
| REDACTED | DOJ-00029186 | Bank 2 - HELOC | 5/10/2019 | $400,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00375829 | Bank 2 - HELOC | 5/16/2019 | $300,000 |
| REDACTED | DOJ-00376422; DOJ-00372452 | Bank 6 - HELOC | 5/21/2019 | $353,000 |
| REDACTED | DOJ-00376287 | Bank 2 - HELOC | 5/22/2019 | $259,000 |
| REDACTED | DOJ-00377245 | Bank 2 - HELOC | 5/24/2019 | $300,000 |
| REDACTED | DOJ-00377611; DOJ-00378357 | Bank 2 - HELOC | 5/28/2019 | $81,000 |
| REDACTED | DOJ-00381511 | Bank 2 - HELOC | 6/17/2019 | $258,665 |
| REDACTED | DOJ-00383708; DOJ-00383347 | Bank 5 - HELOC | 7/1/2019 | $100,000 |
| REDACTED | DOJ-00384127 | Bank 4 - HELOC | 7/3/2019 | $200,000 |
| REDACTED | DOJ-00383312 | Bank 4 - HELOC | 7/5/2019 | $200,000 |
| REDACTED | DOJ-00383679; DOJ-00384376 | Bank 2 - HELOC | 7/5/2019 | $320,600 |
| REDACTED | DOJ-00384287 | Bank 2 - HELOC | 7/10/2019 | $157,000 |
| REDACTED | DOJ-00149502 | Bank 4 - HELOC | 7/25/2019 | $200,000 |
| REDACTED | DOJ-00149734 | Bank 4 - HELOC | 7/26/2019 | $152,600 |
| REDACTED | DOJ-00151154 | Bank 9 - HELOC | 7/30/2019 | $475,000 |
| REDACTED | DOJ-00154794 | Bank 2 - HELOC | 8/13/2019 | $290,000 |
| REDACTED | DOJ-00158603 | Bank 2 - HELOC | 8/30/2019 | $500,000 |
| REDACTED | DOJ-00159645 DOJ-00159971 | Bank 4 - HELOC | 9/6/2019 | $200,000 |
| REDACTED | DOJ-00159883 | Bank 2 - HELOC | 9/10/2019 | $500,000 |
| REDACTED | DOJ-00159568 | Bank 4 - HELOC | 9/10/2019 | $200,000 |
| REDACTED | DOJ-00338176 DOJ-00339816 | Bank 4 - HELOC | 10/10/2019 | $200,000 |
| REDACTED | DOJ-00165011 | Bank 4 | 10/15/2019 | |
| REDACTED | DOJ-00340281 | Bank 5 - HELOC | 10/18/2019 | $300,000 |
| REDACTED | DOJ-00342119 | Bank 2 - HELOC #2 | 10/30/2019 | $1,000,000 |

GX B. Partial List of Excel - Pinnacle Closings
(March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00342775 | Bank 4 - HELOC | 11/1/2019 | $118,600 |
| REDACTED | DOJ-00347287 | Bank 2 - HELOC | 12/6/2019 | $300,000 |
| REDACTED | DOJ-00161286 DOJ-00347618 | Bank 4 - HELOC | 12/16/2019 | $200,000 |
| REDACTED | DOJ-00353749 | Bank 6 - HELOC | 1/10/2020 | $700,000 |
| REDACTED | DOJ-00355206; DOJ-00356573 | Bank 4 - HELOC | 1/23/2020 | $200,000 |
| REDACTED | DOJ-00355766 | Bank 4 - HELOC | 1/24/2020 | $200,000 |
| REDACTED | DOJ-00356565; DOJ-00357257 | Bank 2 - HELOC | 1/27/2020 | $480,000 |
| REDACTED | DOJ-00358240 | Bank 4 - HELOC | 2/8/2020 | $200,000 |
| REDACTED | DOJ-00358190 | Bank 4 - HELOC | 2/10/2020 | $132,000 |
| REDACTED | DOJ-00359361 | Bank 4 - HELOC | 2/18/2020 | $79,400 |
| REDACTED | DOJ-00359464 | Bank 4 - HELOC | 2/19/2020 | $100,000 |
| REDACTED | DOJ-00360778 | Bank 4 - HELOC | 2/21/2020 | $100,000 |
| REDACTED | DOJ-00361238 | Bank 6 - HELOC | 2/24/2020 | $59,000 |
| REDACTED | DOJ-00361942 | Bank 4 - ARM + HELOC | 3/3/2020 | $400,000 (ARM), $167,200 (HELOC) |
| REDACTED | DOJ-00363852 | Bank 4 - HELOC | 3/9/2020 | $145,600 |
| REDACTED | DOJ-00143011 | Bank 4 - HELOC | 3/11/2020 | $200,000 |
| REDACTED | DOJ-00314295 | Bank 8 - HELOC | 5/14/2020 | $280,000 |
| REDACTED | DOJ-00314065 | Bank 6 - HELOC | 5/18/2020 | $83,000 |
| REDACTED | DOJ-00319619; DOJ-00319555; DOJ-00319278 | Bank 2 - HELOC | 6/22/2020 | $500,000 |
| REDACTED | DOJ-00325400 DOJ-00324952 DOJ-00325962 | Bank 5 - HELOC | 8/6/2020 | $160,000 |

GX B. Partial List of Excel - Pinnacle Closings (March 2016 to June 2021) REDACTED

| | | | | |
|---|---|---|---|---|
| REDACTED | DOJ-00335938 DOJ-00334656 DOJ-00335891 | Bank 2 - HELOC | 9/29/2020 | $500,000 |
| REDACTED | DOJ-00284476 DOJ-00284171 DOJ-00324841 | Bank 4 - Refi (fals | 10/13/2020 | $300,000 |
| REDACTED | DOJ-00285533; DOJ-00285495; DOJ-00285262 | Bank 5 - HELOC | 10/15/2020 | $88,400 |
| REDACTED | DOJ-00284597 DOJ-00285504 | Bank 4 - Refinance | Oct-20 | $200,000 (refi) |
| REDACTED | DOJ-00296519 DOJ-00295349 DOJ-00292379 | Bank 4 - Refinance | 12/18/2020 | $387,800 |
| REDACTED | DOJ-00299306 DOJ-00299312 DOJ-00326529 | Bank 4 - Refi | 12/31/2020 | $476,000 (Refi) |
| REDACTED | DOJ-00297111 | Bank 4 - Refinance | 1/4/2021 | |
| REDACTED | DOJ-00301711 DOJ-00301824 | Bank 4 - refi mortgage & HELOC | 1/14/2021 | $650,000 mortgage + $74,000 HELOC |
| REDACTED | DOJ-00267221 | Bank 4 - Refinance | 3/31/2021 | $370,000 |
| REDACTED | DOJ-00281497 DOJ-00281721 DOJ-00274450 | Bank 6 - HELOC | 6/24/2021 | $335,000 |
| REDACTED | DOJ-00062658 | Bank 7 - HELOC | 11/21/2016 | $200,000 |
| REDACTED | DOJ-00066554 | Bank 7 - HELOC | 12/12/2016 | $368,000 |
| REDACTED | DOJ-00073571 | Bank 7 - HELOC | 2/3/2017 | $200,000 |