**MATTHEW JEON, ESQ.**
Attorneys at Law
560 Sylvan Avenue, Suite #1010
Englewood Cliffs, New Jersey 07632
Telephone (201) 947-9475
Facsimile (201) 461-9524
Email: office@jeonlaw.com

*Via ECF and Email*
Gonzalez_Chambers@nyed.uscourts.gov

July 15, 2026

The Honorable Hector Gonzalez
United States District Court Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: USA v. Seung Y. Lee aka Kevin Lee, 25-CR-21
Defendant's Response to Government's Motion *in limine*

Dear Judge Gonzalez:

I write to request extension of time for defendant to confer with the undersigned regarding the ramification of undergoing a Fatico hearing. I mis-calendared the due date to notice the Court as July 17, 2026 and only realized after your Courtroom Deputy advised that it was actually the 14th. Due to the complex nature of the case and the documents involved, I respectfully request that defendant be granted until July 23, 206 to advise the Court of his intensions.

Respectfully submitted,

Very truly yours,

*Matthew Jeon*
Matthew Jeon

cc: AUSA Shannon Jones (via email and ECF)